**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7885**

---

KENNETH E. JACKSON,

Plaintiff - Appellant,

versus

C. JOHNSON, Nurse,

Defendant - Appellee,

and

S. K. YOUNG, Warden of Operations; A. P.
HARVEY, Assistant Warden of Operations,

Defendants.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-02-1205-7)

---

Submitted: April 12, 2004          Decided: April 29, 2004

---

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth E. Jackson, Appellant Pro Se. Jim Harold Guynn, Jr.,
Elizabeth Kay Dillon, GUYNN, MEMMER & DILLON, P.C., Roanoke,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth E. Jackson appeals the district court's order granting summary judgment to Defendant Carolyn Johnson and denying relief on his 42 U.S.C. § 1983 (2000) complaint alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jackson v. Johnson, No. CA-02-1205-7 (W.D. Va. Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED